**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDWARD HUNGA, | No. 11-15110 |
| Plaintiff - Appellant, | D.C. No. 1:09-cv-01852-DLB |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | MEMORANDUM* |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
Dennis L. Beck, Magistrate Judge, Presiding

Submitted February 13, 2012**
San Francisco, California

BEFORE: THOMAS, FISHER, and IKUTA, Circuit Judges.

Edward Hunga appeals the judgment of the district court affirming the

decision of an administrative law judge denying his application for social security

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\* The panel granted plaintiff's motion to submit this case on the briefs without argument.

disability benefits. Because the parties are familiar with the factual and procedural history of the case, we need not recount it here.

After a careful review of the record, we affirm the judgment of the district court for the reasons set forth in the thorough order filed on December 2, 2010 by Magistrate Judge Beck.

**AFFIRMED.**